■ KIMBERLY MITCHELL CONVERSE, Plaintiff, v DOLE FOOD COMPANY, INC., et al., Appellants, and LEONARD'S EXPRESS, INC., Respondent. (Appeal No. 2.) [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Carni, Sconiers and Martoche, JJ.

■ JOSHUA JOHNSON, Appellant, v JORGE DEL VALLE, Respondent. [959 NYS2d 86]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Fahey, J.P., Peradotto, Carni and Sconiers, JJ.